Daniel E. Thenell, WSB No. 37297
dan@thenelllawgroup.com
Thenell Law Group, P.C.
12909 SW 68th Parkway, Suite 290
Portland, Oregon 97223
Phone: (503) 372-6450

The Honorable

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| KROGER, INC. d/b/a FRED MEYER STORES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CENTIMARK CORPORATION, BRIAN RAYMORE, and ARCH INSURANCE COMPANY, <br><br> Defendants. | Case No. 18-2-07061-4 <br><br> DEFENDANTS' NOTICE OF REMOVAL |

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendants CentiMark Corporation, Brian Raymore, and Arch Insurance Company hereinafter "Defendants," hereby remove this action from the Superior Court of the State of Washington for Pierce County to the United States District Court for the Western District of Washington in Seattle.

NOTICE OF REMOVAL IS TIMELY

1.

Defendants are parties in a civil action brought against them in the Superior Court of the

PAGE 1 - NOTICE OF FILING NOTICE OF REMOVAL

44 I 3
THENELL LAW GROUP
12909 SW 68th Pkwy., Suite 290
Portland, Oregon 97223
Telephone: (503) 372-6450
Facsimile: (503) 372-6496

State of Washington for Pierce County entitled: *Kroger, Inc. d/b/a Fred Meyer Stores, Inc. v. CentiMark Corporation, Brian Raymore, and Arch Insurance Company,* NO: 18-2-07061-4 (A copy of the Summons and Complaint in that action is attached to this Notice as Exhibit 1).

2.

The state court action was commenced when the Complaint was filed with the Superior Court Clerk for Pierce County, Washington, on or about April 4, 2018. Defendants, through their counsel, accepted electronic service of the Complaint and Summons on April 11, 2018. (A copy of the confirmation of service is attached as Exhibit 2).

3.

Plaintiff's Complaint alleges breach of contract, bad faith, and violations of the Consumer Protection Act. The Complaint does not allege any specific amount in controversy but did allege entitlement to attorney fees. No Answer has been filed by Defendants, nor has any discovery taken place.

4.

Pursuant to 28 U.S.C. § 1446(b)(3), except as provided under subsection (c), if the case stated by the initial pleading is not removable, a notice of removal may be filed within thirty days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable.

5.

Plaintiff and/or its counsel failed to disclose the actual amount in controversy to prevent removal. **However, the amount in controversy will exceed $75,000.**

*///*

PAGE 2 - DEFENDANTS NOTICE OF REMOVAL
Case No. ( )                                                                                                     44 I 3
THENELL LAW GROUP
12909 SW 68th Pkwy., Suite 290
Portland, Oregon 97223
Telephone: (503) 372-6450
Facsimile: (503) 372-6496

## DIVERSITY JURISDICTION EXISTS

6.

Plaintiff is an Ohio corporation doing business in Pierce County of the State of Washington. Defendants CentiMark Corporation and Brian Raymore are both domiciled in Pennsylvania. Defendant Arch Insurance Company is domiciled in Missouri with its headquarters in New Jersey.

7.

The amount in controversy exceeds the sum of $75,000.00 and Defendants and Plaintiff are citizens of different states.

## REMOVAL TO THIS DISTRICT IS PROPER

8.

Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, removal of the above-captioned state court action to this Court is appropriate. 28 U.S.C. § 1446(b)(3).

9.

Pursuant to 28 U.S.C. § 1441(a), removal is made to this Court as the district embracing the place where the state action is pending.

///

///

PAGE 3 - DEFENDANTS NOTICE OF REMOVAL
Case No. ( )

44 I 3
THENELL LAW GROUP
12909 SW 68th Pkwy., Suite 290
Portland, Oregon 97223
Telephone: (503) 372-6450
Facsimile: (503) 372-6496

10.

Defendants are providing the Plaintiff, through his counsel of record, written notice of the filing of this Notice of Removal.  Furthermore, Defendants are filing a copy of this Notice with the Superior Court Clerk of Pierce County.

DATED May 1st, 2018.

          THENELL LAW GROUP, P.C.

By:   *s/ Daniel E. Thenell*
      Daniel E. Thenell, WSB No. 37297
      dan@thenelllawgroup.com
      Thenell Law Group, P.C.
      12909 SW 68th Parkway, Suite 290
      Portland, Oregon 97223
      Phone: (503) 372-6450
       *Of Attorney for Defendants CentiMark, and Brian Raymore*

PAGE 4 - DEFENDANTS NOTICE OF REMOVAL
Case No. ( )

44 I 3
THENELL LAW GROUP
12909 SW 68th Pkwy., Suite 290
Portland, Oregon 97223
Telephone: (503) 372-6450
Facsimile: (503) 372-6496

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 1st, 2018, I served the foregoing **DEFENDANTS' NOTICE OF REMOVAL** on:

Thomas B. Nedderman
Floyd, Pflueger & Ringer
200 W Thomas Street
Seattle, Washington 98119
Email: tnedderman@floyd-ringer.com
   *Of Attorney for Plaintiff*

__x__  by electronic means through the Court's Case Management/Electronic Case Filing system on the date set forth above.

_____  by mailing a full, true and correct copy thereof in a sealed, first-class postage-prepaid envelope, addressed to the attorney as shown above, the last-known office address of the attorney, and deposited with the United States Postal Service at Portland, Oregon on the date set forth above.

__x__  by emailing to each of the foregoing a copy thereof to the last known email address shown above.

                    THENELL LAW GROUP, P.C.

By:  *s/ Daniel E. Thenell*
Daniel E. Thenell, WSB No. 37297
dan@thenelllawgroup.com
Thenell Law Group, P.C.
12909 SW 68th Parkway, Suite 290
Portland, Oregon 97223
Phone: (503) 372-6450
*Of Attorney for Defendant CentiMark, and Brian Raymore*

CERTIFICATE OF SERVICE – PAGE 1

44 I 3
THENELL LAW GROUP
12909 SW 68th Pkwy., Suite 290
Portland, Oregon 97223
Telephone: (503) 372-6450
Facsimile: (503) 372-6496