Hon. Theresa L. Fricke

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KROGER INC., d/b/a FRED MEYER STORES, INC., <br><br> Plaintiff, <br> vs. <br><br> CENTIMARK CORPORATION, BRIAN RAYMORE, and ARCH INSURANCE COMPANY, <br><br> Defendants. | NO. 3:18-cv-05350-TLF <br><br> STIPULATION AND ORDER OF DISMISSAL <br><br> NOTED ON MOTION CALENDAR: AUGUST 31, 2018 |

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and among the parties, through their respective counsel, that this action and all of Plaintiff's claims against Defendants Centimark Corporation, Brian Raymore, and Arch Insurance Company shall be dismissed with prejudice and without costs or attorney fees to any party.

DATED this 31st day of August, 2018.

| THENELL LAW GROUP | FLOYD, PFLUEGER & RINGER, P.S. |
|---|---|
| By: /s/ Daniel E. Thenell (with permission) <br> Daniel E. Thenell, WSBA No. 37297 <br> Attorneys for Defendant CentiMark Corporation and Brian Raymore | By: /s/ Thomas B. Nedderman <br> Thomas B. Nedderman, WSBA No. 28944 <br> Amber L. Pearce, WSBA No. 31626 <br> Attorneys for Plaintiff |

STIPULATION AND ORDER OF DISMISSAL - 1

FLOYD, PFLUEGER & RINGER P.S.
200 WEST THOMAS STREET, SUITE 500
SEATTLE, WA  98119
TEL 206 441-4455
FAX 206 441-8484

HEROLD & SAGER

By: /s/ Linda L. Sager (with permission)
Linda L. Sager, WSBA #50351
Kathleen A. Harrison, WSBA #36456
Attorneys for Defendant Arch Insurance

**ORDER**

Pursuant to the foregoing stipulation, it is hereby:

ORDERED, ADJUDGED, and DECREED that the above-entitled action and all of Plaintiff's claims against Defendants Centimark Corporation, Brian Raymore, and Arch Insurance Company are dismissed with prejudice and without costs or attorney fees to any party.

DATED this 6th day of September, 2018.

_Theresa L. Fricke_
Theresa L. Fricke
United States Magistrate Judge

FLOYD, PFLUEGER & RINGER, P.S.

By: /s/ Thomas B. Nedderman
Thomas B. Nedderman, WSBA No. 28944
Amber L. Pearce, WSBA No. 31626
Attorneys for Plaintiff

THENELL LAW GROUP

By: /s/ Daniel E. Thenell (with permission)
Daniel E. Thenell, WSBA No. 37297
Attorneys for Defendant CentiMark Corporation
and Brian Raymore

STIPULATION AND ORDER OF DISMISSAL - 2

FLOYD, PFLUEGER & RINGER P.S.
200 WEST THOMAS STREET, SUITE 500
SEATTLE, WA   98119
TEL 206 441-4455
FAX 206 441-8484

1

2  HEROLD & SAGER

3  By: /s/ Linda L. Sager  (with permission)
   Linda L. Sager, WSBA #50351
   Kathleen A. Harrison, WSBA #36456
4  Attorneys for Defendant Arch Insurance

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

STIPULATION AND ORDER OF DISMISSAL  - 3

FLOYD, PFLUEGER & RINGER P.S.

200 WEST THOMAS STREET, SUITE 500
SEATTLE, WA   98119
TEL 206 441-4455
FAX 206 441-8484